## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICTOF FLORIDA
## FORT LAUDERDALE DIVISION

### CASE NO.: 0:25-cv-60423

JOANNE TREW and
ANGELINA BOYD,
Individuals,

    Plaintiffs,

vs.

MARGATE J AUTOMOTIVE
MANAGEMENT, LLC.,
d/b/a ARRIGO MARGATE,
A Florida Limited Liability
Company,

    Defendant.

_____/

### MOTION FOR DEFAULT AGAINST DEFENDANT
### MARGATE J AUTOMOTIVE MANAGEMENT, LLC.

Plaintiffs, JOANNE TREW and ANGELINA BOYD, ("Plaintiffs") file this Motion for Default as to Defendant.

1. On March 5, 2025, the Clerk issued a summons for Defendant to be served upon the Secretary of State. [DE 3].

2. On March 07, 2025, pursuant to Fla. Stat. § 48.081(4) Plaintiffs effectuated service of process upon the Defendant. [DE 7].

3. As of the date of this Motion, Defendant has failed to respond despite being dully served.

4.     Accordingly, Plaintiffs respectfully submit that they are entitled to the entry of a default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

5.     Plaintiffs shall serve a copy of this Motion upon Defendant via U.S. Mail.

**WHEREFORE**, Plaintiffs, JOANNE TREW and ANGELINA BOYD, respectfully request that a default be entered against Defendant, MARGATE J AUTOMOTIVE MANAGEMENT, LLC. and for such other and further relief as the Court may deem proper and just.

Dated: March 31, 2025

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record and a copy was mailed by USPS first class mail to: MARGATE J AUTOMOTIVE MANAGEMENT, LLC. c/o its registered agent – CORPORATION COMPANY OF ORLANDO, 300 South Orange Ave., Ste. 1600 (JGH), Orlando, FL 32801.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
