UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60423-CIV-DIMITROULEAS

JOANNE TREW and ANGELINA BOYD,

    Plaintiff,

vs.

MARGATE J. AUTOMOTIVE
MANAGEMENT LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiffs filed a Complaint in this matter on March 5, 2025. [DE 1]. Defendant was served on March 7, 2025. [DE 7]. As such, the deadline for Defendant to file an answer or otherwise respond to the Complaint has passed. *See* [DE 7]. On March 31, 2025, the Clerk entered default as to Defendant. *See* [DE 8]. However, Plaintiffs have not yet moved for default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **April 21, 2025,** Plaintiffs shall either move for default judgment or show cause why it has not done so; and

2. Failure to comply with this order may result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record