UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-cv-60423-WPD

**Joanne Trew and Angelina Boyd**

    Plaintiff,

v.

**MARGATE J AUTOMOTIVE MANAGEMENT, LLC.**,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

On March 10, 2025, this Court entered an order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 6]. On January 12, 2026, a Joint Notice of Settlement was filed indicating that this case had settled in full. *See* [DE 35]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **February 6, 2026**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record